```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 26300
   DOUGLAS ARMSTRONG SR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5319

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/01/2008 and was not confirmed.

     The case was dismissed without confirmation 12/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG          .00           .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE     38500.00           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED           100.00           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1314.99           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1239.41           .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE NOTI    NOT FILED           .00            .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------     --------------
TOTALS                        .00                 .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 03/05/09            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```